## Commonwealth *v.* Erhart, Appellant.

 Before BROMINSKI, J. 

 Submitted September 8, 1975. *Joseph F. Sklarosky,* Assistant Public Defender, for appellant; *Joseph P. Giovannini, Jr.,* Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Fellman, Appellant.

 Before VOGEL, J., without a jury. Submitted September 8, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.